### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD WEAVER,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-1634** |
| v. : | |
| **DOUGLAS W. HERMAN, et al.,** : | **(JUDGE MANNION)** |
| **Defendants** : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' objections to the report of Judge Mehalchick, **(Doc. No. 17)**, are **OVERRULED**;

**(2)** the report of Judge Mehalchick, **(Doc. No. 16)**, is **ADOPTED**;

**(3)** the plaintiff's motions to remand, **(Doc. No. 5, Doc. No. 10)**, are **GRANTED**;

**(4)** the defendants' motion to dismiss the plaintiff's complaint, **(Doc. No. 2)**, is **DISMISSED AS MOOT**;

**(5)** the Clerk of Court is directed to remand the instant action to the Court of Common Pleas of Franklin County; and

**(6)**    the Clerk of Court is directed to close the instant action in this court.

                                                  s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**Date: January 23, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1634-01-ORDER.wpd